JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IMMERSIVE MANAGEMENT HOLDINGS, LLC,

       Plaintiff,

     vs.

KAHLIL GUZI KARMENU PISCOPO, RYAN KINGHORN,

       Defendants.

Case No.: 2:23-cv-09762-RGK-RAO

**[PROPOSED] JUDGMENT**

WHEREAS this case was commenced by the filing of a complaint on November 17, 2023;

WHEREAS an amended complaint was filed on October 8, 2024;

WHEREAS Defendants Kahlil Guzi Karmenu Piscopo and Ryan Kinghorn have been duly served with the summons and complaint;

WHEREAS the Court entered an Order dated February 2, 2026, granting Plaintiff's Motion for Default Judgment as to Counts I and II (fraud/misrepresentation and fraudulent inducement) and denying Plaintiff's Motion for Default Judgment as to Count III (adding Defendants as judgment debtors under Cal. Civ. Proc. Code section 187), and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

///

///

1

JUDGMENT

Judgment is entered in favor of Plaintiff Immersive Management Holdings LLC and against Defendant Kahlil Guzi Karmenu Piscopo and Defendant Ryan Kinghorn, jointly and severally, in the amount of $45,000,000.

Post-judgment interest shall accrue at the rate set forth in 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

Any recovery shall be offset against any recovery obtained from the judgment in Case No. 2:21-cv-08895-FMO-GJS to prevent duplicative recovery.

IT IS SO ORDERED.

DATED: 2/10/2026

_____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2
JUDGMENT